IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHY FRIPPS,                          :<br>     Plaintiff,                              :<br>                                                   :    CIVIL ACTION FILE<br>v.                                                 :<br>                                                   :    NO. 1:07-CV-2639-TCB-JFK<br>OXFORD COLLECTION           :<br>AGENCY, INC.,                           :<br>     Defendant.                            :<br>_____ : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice.

Respectfully submitted,

                                                    THE LAW OFFICE OF KRIS SKAAR, P.C.

                                    by:     /s/ Kris Skaar
                                              Kris Skaar
                                              Attorney for plaintiff
                                              Georgia Bar No. 649610

P.O. Box 1478 ! Marietta, GA 30061-1478
331 Washington Avenue ! Marietta, GA  30060
voice (770) 427 - 5600 ! fax (770) 427 - 9414
krisskaar@aol.com